**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFAULT RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>SHOUTZ, INC., a Delaware Corporation; GAMERAIL ENTERTAINMENT LLC, a Texas Limited Liability Company; NATIONAL HOLDINGS, INC., a Missouri Corporation; ACRES MEDICAL LLC, a Nevada Limited Liability Company; JAMES G. MUELLER, an Individual; JOHN MUELLER, an Individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-01005-TJH-GJSx<br><br>**ORDER ON JOINT STIPULATION TO DISMISS  [JS-6]** |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A. The complaint is dismissed with prejudice;

B. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

C. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

D. The parties will each bear their own costs and attorneys' fees incurred in this action.

SO ORDERED.

Dated: November 24, 2021

_____
Honorable Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE